IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROGER PLANK,                                   No. C 08-3310 TEH (PR)

        Petitioner,

    v.                                         ORDER DENYING PETITION FOR WRIT
                                                  OF HABEAS CORPUS; DENYING
BEN CURRY, Warden,                             CERTIFICATE OF APPEALABILITY

        Respondent.
_____/

        Pro se Petitioner Robert Plank, a state prisoner incarcerated at the Correctional Training Facility in Soledad, California, seeks a writ of habeas corpus under 28 U.S.C. § 2254 challenging the California Board of Prison Hearings' ("BPH") August 9, 2006 decision denying him parole. Specifically, Petitioner claims the decision does not comport with due process because it is not supported by some evidence demonstrating that he poses a current threat to public safety. Doc. ## 1 & 9.

        The United States Supreme Court recently made clear that in the context of a federal habeas challenge to the denial of parole, a prisoner subject to a parole statute similar to

1  California's receives adequate process when BPH allows him an
2  opportunity to be heard and provides him with a statement of the
3  reasons why parole was denied.  <u>Swarthout v. Cooke</u>, No. 10-333, slip
4  op. at 4-5 (U.S. Jan. 24, 2011) (per curiam).  Here, the record
5  shows Petitioner received at least this amount of process.  The
6  Constitution does not require more.  <u>Id.</u> at 5.
7       The Court also made clear that whether BPH's decision was
8  supported by some evidence of current dangerousness is irrelevant in
9  federal habeas:  "it is no federal concern . . . whether
10 California's 'some evidence' rule of judicial review (a procedure
11 beyond what the Constitution demands) was correctly applied."
12 <u>Swarthout v. Cooke</u>, slip op. at 6.  Accordingly, the instant federal
13 Petition for a Writ of Habeas corpus is DENIED.
14      Further, a Certificate of Appealability is DENIED.  <u>See</u>
15 Rule 11(a) of the Rules Governing Section 2254 Cases.  Petitioner
16 has not made "a substantial showing of the denial of a
17 constitutional right."  28 U.S.C. § 2253(c)(2).  Nor has Petitioner
18 demonstrated that "reasonable jurists would find the district
19 court's assessment of the constitutional claims debatable or wrong."
20 <u>Slack v. McDaniel</u>, 529 U.S. 473, 484 (2000).  Petitioner may not
21 appeal the denial of a Certificate of Appealability in this Court
22 but may seek a certificate from the Court of Appeals under Rule 22
23 of the Federal Rules of Appellate Procedure.  <u>See</u> Rule 11(a) of the
24 Rules Governing Section 2254 Cases.
25 //
26 //
27
28                                  2

1    The Clerk shall terminate any pending motions as moot, enter
2 judgment in favor of Respondent and close the file.

   IT IS SO ORDERED.

Dated   02/02/2011

THELTON E. HENDERSON
United States District Judge

G:\PRO-SE\TEH\HC.08\Plank-08-3310-bph-deny-post cooke.wpd

3